# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff)

Jamie Lee Dennis

v.

(Full name of defendant(s))

C/o -Drehmel, C/o Maitland, Sgt. Koontz, C/o Schumann, C/o Langridge, C/o -Eiche, Lt. -Grippentrog, Sgt -Reynolds, Captain-Brown.

Case Number:

24cv341

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)

   Waupun Correctional Institution, 200 S. Madison St., P.O. Box 351, Waupun, WI, 53963.   (Address of prison or jail)

2. Defendants, Drehmel, Maitland, Koontz, Schumann, Langridge, Eiche, Grippentrog, and Brown.   (Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at Waupun Correctional Institution, 200 S. Madison St., P.O. Box 351, Waupun, WI, 53963   (Address, if known)

Complaint – 1

Case 2:24-cv-00341-LA   Filed 03/20/24   Page 1 of 5   Document 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Waupun Correctional Institution, 200 S. Madison St., P.O. Box 351, Waupun, WI, 53963</u> (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

On tuesday 8/15/23 between 6:30pm to 7:30pm, while being escorted to RHU by the D.O.C-Employee's Sergeant-Koontz, c/o-Drehmel, c/o-Maitland, c/o-Schumann, c/o-Langridge, c/o-Eiche, Lt-Grippentrog, Sergeant-Reynolds, and Captain Brown. The c/o maitland stated "your not going to spit on", and pushed me very aggressively up against the brick face of a building, he had his arm around my neck, I could not breath due to this, and had tried to notify the onscene officer's of this, and at which point co-Maitland had covered my mouth with one of his hand's, and I again could'nt breathe and tried to turn my head so

Complaint – 2

I could breathe, then Maitland pulled away "lied" and stated, he bit me, and stated "you motherfucker" and cocked his arm back with a closed fist and punched me in the upper right shoulder, which did cause me alot of pain, and I felt something pop in my shoulder. CO-Maitland at this point was directed to step away by other onscene officer's. I suffered physical pain, redness, and bruising. On 8/17/23 I requested Lt-Grippentrog to take photo's of my injuries of which i've requested preserved, along with the video from the camera's in area where incident occured. I've endured pain til this day in my right shoulder, saw RHU-nursing staff on 8/21/23, and was given an ICE Pack and Ibuprofin for pain and inflammation, and nurse stated she was gone see if the doctor wanted to order an X-RAY/MRI to be done to see if internal injuries occured. I'm unable to rotate my arm or lift it because of severe pain. I've exhasted all administrative remedies via the ICRS before filing this complaint. I'd ask this court to also hold jurisdiction over the State of WI-Notice of injury and claim, Pursuant Wis. Stat. Section 893.82 of which was filed via certified mail on date of 8-31-2023 with the WI-A.A.G. I'll be suing defendant's under my Eighth Amendment Rights for the use of excessive force, failure to intervene/protect, and also for deliberate indifferance.

Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm requesting $500,000.00 from each single defendant "seperately" in compensatory damages, Punitive Damages, Physical Damages, and emotional damages as well.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___19___ day of __March__ 20_24_.

   Respectfully Submitted,

   _Jamie Dennis_
   Signature of Plaintiff

   _#356093_
   Plaintiff's Prisoner ID Number

   _Waupun Correctional Institution, 200 S. Madison St.,_
   _P.O. Box 351, Waupun, WI, 53963_
   (Mailing Address of Plaintiff)


**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:24-cv-00341-LA    Filed 03/20/24    Page 5 of 5    Document 1